7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Sarah Malissa Young
*Debtor*

*Bankruptcy Case No.*
15−40898−drd7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
15−04069−drd

v.

**Sarah Malissa Young**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the indebtedness owed by Defendant to KDOL, which is subject to statutory penalties assessed in the amount of $0.00 and interest accrued and accruing imposed pursuant to K.S.A. §44−719(d)(2), should be and hereby is exempted from discharge including such penalty and interest and awards to KDoL against the named defendant the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 727

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 7/14/15

Court to serve